**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| JOHN RETTIG,<br>    Plaintiff, | Case No. 1:22-cv-700<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| WEST CHESTER HOLDINGS, LLC,<br>    Defendant. | **ORDER** |

This matter came before the Court upon the oral motion by the parties to stay the expert witness deadlines pending the parties' mediation efforts.[1] By agreement of the parties, and with the consent of the Court, the expert witness deadlines in the Calendar Order are hereby **STAYED**. This matter is set for a follow-up telephone status conference on **Monday, December 4, 2023 at 4:00 p.m.** to set new dates for the Calendar Order if needed.

   IT IS SO ORDERED.

Date: 9/26/2023

Karen L. Litkovitz
Chief United States Magistrate Judge

---

[1] This matter is set for a settlement conference on November 21, 2023 at 10:00 a.m. before Magistrate Judge Stephanie K. Bowman. (Doc. 19).