# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

John Rettig,

    Plaintiff,

v.                                           Case No. 1:22cv700

West Chester Holdings, LLC,           Judge Michael R. Barrett

    Defendant.

## ORDER

On the advice of the Magistrate Judge that this matter has settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days reopen the action. The Court retains jurisdiction.

    **IT IS SO ORDERED.**

                                                            *s/Michael R. Barrett*
                                                            Michael R. Barrett, Judge
                                                            United States District Court